# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**  |  **Matter to be Sealed**

Greene / Southern

☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: PATRICK R. WATERS

Alias Name:

Birth Date: 00/00/1987

**Related Case Information**

Superseding Indictment? ☐ Yes ☒ No   If yes, original case number:
New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any: NA

Prior Target Letter Case Number, if any: NA

**U.S. Attorney Information**

AUSA Byron Black

**Interpreter Needed?**

☐ Yes    Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No
**Warrant Required?** ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts    6 + FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841B=CP.F CONTROLLED SUBSTANCE - POSS. WITH INTENT TO DISTRIB. | 8 |
| 3 | 21:860A=CD.F DISTRIBUTE NEAR PERSON UNDER 18/CONTROLLED SUB. | 9 |
| 4 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS/USER OF DRUGS IN POSS. | 10, 19 |

(May be continued on reverse)    Revised: 04-25-2018

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | 18:924C.F VIOLENT CRIME/DRUGS/possession in furtherance of drug crime. | 11 |
| 6 | 21:853.F CRIMINAL FORFEITURES | Forf Alleg |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |