UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**        **Matter to be Sealed**

Greene / Southern                                  ■ Secret Indictment
                                                   ☐ Juvenile

**Defendant Information**

Defendant Name:    JAMES L. BROWN

Alias Name:

Birth Date:        00/00/1973

**Related Case Information**

Superseding Indictment?   ☐ Yes   ■ No   If yes, original case number:
New Defendant(s)?         ■ Yes   ☐ No

Prior Complaint Case Number, if any:        NA

Prior Target Letter Case Number, if any:    NA

**U.S. Attorney Information**

**AUSA**  Byron Black

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
■ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody            **Writ Required?**      ☐ Yes   ■ No
☐ Currently in State Custody
☐ Currently on Bond                       **Warrant Required?**   ■ Yes   ☐ No

**U.S.C. Citations**

Total # of Counts    5

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841B=CP.F CONTROLLED SUBSTANCE - POSS. WITH INTENT TO DISTRIB. | 5, 12 |
| 3 | 18:924C.F VIOLENT CRIME/DRUGS/possess firearm in furtherance of drug crime. | 6 |
| 4 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS/drug user in poss. of firearm | 7 |

(May be continued on reverse)                              Revised: 04-25-2018