IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
                  Plaintiff,   )
                               )
         vs.                   )        Case No. 6:19-cr-03028-MDH
                               )
CHRISTINA E. GAUGER,           )
                               )
                  Defendant.   )

## MOTION FOR CONTINUANCE OF DETENTION HEARING

COMES NOW defendant and moves the Court for a continuance of the detention hearing

scheduled February 28th, 2019, in accordance with the Legal Suggestions attached hereto:

## LEGAL SUGGESTIONS

Defense counsel is in a jury trial in Douglas County before the Honorable Craig Carter,

*State of Missouri v. David Aborn*, Case No. 17DG-CR00343.

Defendant Gauger was arrested on Monday, February 25th, 2019, and counsel has not had

the opportunity to communicate with his client.

Counsel could be available Friday afternoon, March 1st, 2019, if the Court is available.

WHEREFORE, counsel prays that the detention hearing of February 28th, 2019, and

rescheduled to a later date to give counsel ample time to converse with his client, and for such

other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED,

_____/s/Dee Wampler_____
DEE WAMPLER, MO Bar #19046
JOSEPH S. PASSANISE, MO Bar #46119
SCOTT B. PIERSON, MO Bar #64083
Attorneys for Defendant

LAW OFFICES OF DEE WAMPLER &
JOSEPH PASSANISE
Attorneys at Law
2974 E. Battlefield
Springfield, MO 65804
PH: (417)882-9300
FAX: (417)882-9310

## Certificate of Service

I hereby certify that on February 26th, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to U.S. Attorney, Springfield, Missouri.

_____/s/Dee Wampler_____
Dee Wampler
Joseph S. Passanise
Scott B. Pierson
Attorneys at Law