IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:19-cr-03028-MDH |
| | ) | |
| CHRISTINA E. GAUGER (sic), | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Dee Wampler, Joseph Passanise and Scott B. Pierson of THE LAW OFFICES OF DEE WAMPLER AND JOSEPH S. PASSANISE, and respectfully makes their Entry of Appearance herein for and on behalf of Defendant, Christina E. Gauger (sic).

       /s/Joseph S. Passanise_____
DEE WAMPLER, MO Bar #19046
JOSEPH S. PASSANISE, MO Bar #46119
SCOTT B. PIERSON, MO Bar #64083
Attorneys for Defendant

LAW OFFICES OF DEE WAMPLER &
JOSEPH PASSANISE
Attorneys at Law
2974 E. Battlefield
Springfield, MO 65804
PH: (417)882-9300
FAX: (417)882-9310

### Certificate of Service

I hereby certify that on March 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to U.S. Attorney, Springfield, Missouri.

     /s/Joseph S. Passanise_____
Dee Wampler
Joseph S. Passanise
Scott B. Pierson
Attorneys at Law