# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
May 6, 2019

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, April 9, 2019, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference</u>.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing May 6, 2019.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is June 10, 2019, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled**

**pretrial conference shall be considered untimely.** A motion not timely filed will be summarily denied. Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**April 9, 2019**

| | | |
|---|---|---|
| 19-03021-CR-S-BCW | United States | Jessica Keller |
| | v. | |
| -01 | Jacob Winterhawk Ryder | Ian Lewis |
| | | |
| 18-03074-CR-S-BCW | United States | Abe McGull |
| | v. | |
| -01 | David McKinnie | John Appelquist |
| -02 | Donald R. Oldham | Stuart Huffman |
| | | |
| 18-05029-CR-SW-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Richard Williams | Erica Mynarich |

| | | | |
|---|---|---|---|
| 19-03032-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Johnny Lee Trollinger, Jr. | Ann Koszuth |
| | | | |
| 19-03020-CR-S-MDH | | United States | Jessica Keller |
| | | v. | |
| | -01 | Tim I. Hocutt | Penny Speake |
| | | | |
| 19-03029-CR-S-BP | | United States | Bryon Black |
| | | v. | |
| | -01 | Bryce S. Amador | Michelle Law |
| | -03 | Amanda Henderson | Megan McCullough |
| | | | |
| 19-03016-CR-S-SRB | | United States | Jody Stockard |
| | | v. | |
| | -01 | Jackie Harris | Shane Cantin |
| | | | |
| 19-03017-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Daniel Isaac | Gary Wilson |
| | | | |
| 19-03028-CR-S-MDH | | United States | Byron Black |
| | | v. | |
| | -01 | Christina E. Gaurger | Dee Wampler |
| | -02 | Robin L. Self | Krisitn Jones |

| | | | |
|---|---|---|---|
| 19-05011-CR-SW-SRB | | United States | Byron Black |
| | | v. | |
| | -01 | William E. Florian Palma | Ann Koszuth |

| | | | |
|---|---|---|---|
| 19-03030-CR-S-RK | | United States | Jim Kelleher |
| | | v. | |
| | -01 | James Willis | Michelle Moulder |

| | | | |
|---|---|---|---|
| 19-05012-CR-SW-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Gabriel Melchor | Ian Lewis |

| | | | |
|---|---|---|---|
| 19-03022-CR-S-RK | | United States | Randy Eggert |
| | | v. | |
| | -01 | Roy L. Norey | John Appelquist |

| | | | |
|---|---|---|---|
| 19-03024-CR-S-SRB | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Lee Nazarian | Ann Koszuth |

| | | | |
|---|---|---|---|
| 19-05007-CR-SW-RK | | United States | Patrick Carney |
| | | v. | |
| | -01 | Anders Perez-Perez | Elizabeth Turner |

| | | | |
|---|---|---|---|
| 19-03015-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Darcell Mills | Russ Dempsey |
| | -02 | David Ross | Ann Koszuth |
| 18-03124-CR-S-BP | | United States | Steve Mohlhenrich |
| | | v. | |
| | -01 | Segun Prosper Otaru | Stuart Huffman |
| 18-03127-CR-S-BCW | | United States | Jody Stockard |
| | | v. | |
| | -01 | Donald Estell | Michelle Moulder |
| | -02 | Candice S. Highfill | Alison Hershewe |
| 18-05039-CR-SW-BP | | United States | Abe McGull |
| | | v. | |
| | -01 | Ty Cole Kitchingham | Ann Koszuth |
| 18-03106-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Jason Matthew Perdue | Ann Koszuth |
| 18-03103-CR-S-RK | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Chad R. Weis | Ann Koszuth |

| Case Number | | Plaintiff/Defendant | Attorney |
|---|---|---|---|
| 17-03003-CR-S-MDH | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Lisa A. Fletcher | Patrick O'Connor |
| | -02 | Ricky F. Hazen | Matthew Radefeld |
| 18-03047-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Evan A. Stott | David Mercer |
| 18-03109-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Jennifer R. Hanaway | Michelle Law |
| | -02 | Tommy L. Canale | Penny Speake |
| 18-05041-CR-sW-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Anthony Helsel | Brian Risley |
| 18-03102-CR-S-MDH | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Loueadry Earl John Powell, Jr. | David Mercer |
| 18-03055-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | John Benedetti | Dee Wampler |

| | | | |
|---|---|---|---|
| 17-03126-CR-S-MDH | | United States | Jody Larison |
| | | v. | |
| | -01 | Williams F. Jones | Stuart Huffman |
| | -02 | Jeffery K. Woosley | Don Cooley |
| | -03 | Justin L. Rhoads | Megan Howe |
| | -04 | Kristen L. Conway | Tom Carver |
| | | | |
| 17-05035-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Johnny T. Taylor | Ian Lewis |
| | | | |
| 18-03122-CR-S-BCW | | United States | Steve Mohlhenrich |
| | | v. | |
| | -01 | Pedro Rodriguez-Carmona | Ian Lewis |
| | | | |
| 18-03069-CR-S-BCW | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Brent A. Tribble | Ian Lewis |
| | -02 | Stephan D. Samons | Stacie Bilyeu |
| | -03 | April E. Luke | Gary Wilson |
| | -04 | Neal A. Norles | Jeffrey Sowash |
| | | | |
| 15-03021-CR-S-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Michael Robert Hall | Ian Lewis |

| | | | |
|---|---|---|---|
| 18-05036-CR-SW-RK | | United States | Jody Stockard |
| | | v. | |
| | -01 | Clarence R. King | Ian Lewis |
| 18-03079-CR-S-RK | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Isaac Holmes | Ben McBride |
| 18-05045-CR-SW-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Kevin Wilson | Brady Musgrave |
| 17-03090-CR-S-BP | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Marco Barraza | Brian Risley |
| 17-03037-CR-S-SRB | | United States | Abe McGull |
| | | v. | |
| | -01 | Jose Aguliar-Cruz | Kristin Jones |
| | -05 | Tracy Doyle | Alison Hershewe |
| | -06 | Jose Guillermo Gonzales | Marsha Jackson |
| | -07 | Jacob Mark Loo | John Appelquist |

| | | | |
|---|---|---|---|
| 18-03007-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -04 | David A. Scott | Stuart Huffman |
| | -05 | L.C. Lee | Russ Dempsey |
| | -07 | James Chalk | Adam Woody |
| | -08 | Amber L. Brake | James Hayes |
| 18-03067-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Robert Eugene Martin | Erica Mynarich |
| 18-05051-CR-SW-BCW | | United States | Ami Miller |
| | | v. | |
| | -01 | Adam Wayne Seabaugh | Erica Mynarich |
| 18-03132-CR-S-BP | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Leslie Shields | Michelle Moulder |
| 18-03008CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Damon F. Smith | Megan McCullough |

| | | | |
|---|---|---|---|
| 18-03085-CR-S-RK | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Jordan Johnson | David Mercer |
| 17-03009-CR-S-BP | | United States | Jody Larison |
| | | v. | |
| | -01 | Kenneth Garner | Ian Lewis |
| 17-03011-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Felix F. Forjan | Adam Woody |
| 16-03041-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | John Michael Bradley | Ann Koszuth |
| 19-03005-CR-S-RK | | United States | Casey Clark |
| | | v. | |
| | -01 | Joshua A. Houston | Ian Lewis |
| 19-3005-CR-S-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | Jeremy Dial | Bob Lewis |

| 19-05009-CR-S-RK | United States | Byron Black |
| | v. | |
| -01 | Jayme J. Richardson | Erica Mynarich |

                                                      */s/ David P. Rush*
                                                    DAVID P. RUSH
                                                UNITED STATES MAGISTRATE JUDGE

Date: March 18, 2019