IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 6:19-cr-03028-MDH |
| CHRISTINA E. GAUGER, | ) | |
| Defendant. | ) | |

## SUGGESTIONS IN SUPPORT OF MOTION TO SET BOND

COMES NOW defendant and moves the Court to set a reasonable bond in accordance with the Legal Suggestions attached hereto:

## LEGAL SUGGESTIONS

1. That defendant's daughter, Mikayla Preston, DOB: 5/25/2000, is struggling with the sole support, care and attention being given the two (2) younger children, Gracie Ella Gauger (age 11) and Russell H. Gauger (age 9).

2. Currently, both children are attending Portland Elementary School, but are suffering due to loss of contact with their mother.

3. One of the children, Russell, is struggling with some mental difficulties and is taking medications for ADHD, Bipolar, has anger problems.

4. The defendant has now been confined for nearly 30 days and is currently chemical free and is more than willing to attend outpatient drug treatment programs with urinalysis and possibly with GPS monitoring and other reasonable conditions that Court might impose.

5. At the previous court hearings herein, the Court indicated it would be open to receive any additional information concerning the defendant and her family.

6. Currently both children are being cared for by Mikayla who is 18 years of age and attending Ozark Technical College and is majoring in "drafting and design" and is looking forward to a career and life on her own.

7. Defendant is hopeful that the Court will receive this information and entertain an Order releasing the defendant from custody.

8. Mikayla's significant other is William James Kelly Jones who is also gainfully employed, but has limited opportunity to assist in taking care of the children and getting them to basketball, gymnastics and both are beginning a soccer program at Portland Elementary School.

RESPECTFULLY SUBMITTED,

_____/s/Dee Wampler_____
DEE WAMPLER, MO Bar #19046
JOSEPH S. PASSANISE, MO Bar #46119
SCOTT B. PIERSON, MO Bar #64083
Attorneys for Defendant

LAW OFFICES OF DEE WAMPLER &
JOSEPH PASSANISE
Attorneys at Law
2974 E. Battlefield
Springfield, MO 65804
PH: (417)882-9300
FAX: (417)882-9310

## Certificate of Service

I hereby certify that on March 21st, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to U.S. Attorney, Springfield, Missouri.

_____/s/Dee Wampler_____
Dee Wampler
Joseph S. Passanise
Scott B. Pierson
Attorneys at Law