UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: JAMES L. BROWN

Alias Name:

Birth Date: 07-23-1973

**Related Case Information**

Superseding Indictment? ☒ Yes ☐ No   If yes, original case number: 19-03028-04-CR-S-MDH
New Defendant(s)? ☐ Yes ☒ No

Prior Complaint Case Number, if any: NA

Prior Target Letter Case Number, if any: NA

**U.S. Attorney Information**

AUSA Byron Black

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No
**Warrant Required?** ☐ Yes ☒ No

**U.S.C. Citations**

Total # of Counts   5 (w/forf)

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A) | 1 |
| 2 | 21 U.S.C. § 841(a)(1) and (b)(1)(C) | 5, 12 |
| 3 | 18 U.S.C. § 924(c)(1)(A) | 6 |
| 4 | 18 U.S.C. § 922(g)(3) | 7 |

(May be continued on reverse)   Revised: 04-25-2018

Case 6:19-cr-03028-MDH   Document 76-4   Filed 07/17/19   Page 1 of 2

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | 21 U.S.C. § 853 | forfeiture allegation |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |