UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**            **Matter to be Sealed**

Greene / Southern                                     ☒ Secret Indictment
                                                      ☐ Juvenile

**Defendant Information**

Defendant Name: JORDAN H. WILLIAMSON

Alias Name:

Birth Date: 10/27/1988

**Related Case Information**

Superseding Indictment?   ☒ Yes   ☐ No   If yes, original case number: 19-03028-08-CR-S-MDH
New Defendant(s)?         ☒ Yes   ☐ No

Prior Complaint Case Number, if any: NA

Prior Target Letter Case Number, if any: NA

**U.S. Attorney Information**

AUSA Byron Black

**Interpreter Needed?**

☐ Yes    Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody          **Writ Required?**    ☐ Yes   ☒ No
☐ Currently in State Custody            **Warrant Required?** ☒ Yes   ☐ No
☐ Currently on Bond

**U.S.C. Citations**

Total # of Counts     1 + FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A) | 1 |
| 2 | 21 U.S.C. § 853 | FA |
| 3 | | |
| 4 | | |

(May be continued on reverse)                                    Revised: 04-25-2018