# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**
- ☒ Secret Indictment
- ☐ Juvenile

**Defendant Information**

Defendant Name: BAYDON CHENNAULT

Alias Name:

Birth Date: 11/18/1982

**Related Case Information**

Superseding Indictment? ☒ Yes ☐ No   If yes, original case number: 19-03028-09-CR-S-MDH

New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any: NA

Prior Target Letter Case Number, if any: NA

**U.S. Attorney Information**

AUSA Byron Black

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

- ☐ Currently in Federal Custody
- ☐ Currently in State Custody
- ☐ Currently on Bond

Writ Required? ☐ Yes ☒ No

Warrant Required? ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts: 2 + FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A) | 1 |
| 2 | 18 U.S.C. § 922(g)(1) | 18 |
| 3 | 21 U.S.C. § 853 | FA |
| 4 | | |

(May be continued on reverse)

Revised: 04-25-2018