*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**        **Date:** August 6, 2019

vs.        **Case No.:** 19-03028-01-CR-S-MDH

**CHRISTINA E. GAUGER**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Arraignment – Superseding Indictment

**Time Commenced:** 1:13 p.m.        **Time Terminated:** 1:15 p.m.

APPEARANCES

**Plaintiff:**      Byron Black, AUSA
**Defendant:**     Dee Wampler, Retained

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

<u>**Arraignment**</u>: Defendant makes first appearance as to the *Second Superseding Indictment* filed on 7/17/2019 (Doc. # 76). Defendant waives formal reading of the S*uperseding Indictment* and enters a plea of not guilty as to all counts naming Defendant. A scheduling order setting forth discovery deadlines has previously been entered and will remain in effect.

**Courtroom Deputy/ERO:** Karla Berziel