# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | No. 19-03028-01/03-05-S-CR-MDH |
| **CHRISTINA E. GAUGER,** | |
| **ROBIN L. SELF,** | |
| **PATRICK R. WATERS,** | |
| and | |
| **KEITH D. BUTCHEE,** | |
| Defendants. | |

## NOTICE AND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America hereby files the following Notice and Bill of Particulars for Forfeiture of Property.

The forfeiture allegation pending in this case seeks forfeiture of property that constitutes and is derived from the proceeds obtained directly and indirectly from the violations set forth in Count One of the Superseding Indictment, and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in Count One pursuant to 21 U.S.C. § 853.

The United States hereby gives notice that it is seeking forfeiture of the following property:

$1,446 in United States currency seized on September 5, 2017, from defendant Christina E. Gauger;

$12,622 in United States currency seized on January 17, 2018, from defendants Christina Gauger and Patrick Waters;

$4,499 in United States currency seized on January 26, 2018, from defendant Keith Butchee;

$1,676 in United States currency seized on March 14, 2018, from defendant Christina Gauger; and

$770 in United States currency seized on April 11, 2018, from defendant Robin Self;

as proceeds directly traceable to the violations alleged in Count One, and as property used to

commit or to facilitate the violations alleged in Count One of the Superseding Indictment.

Respectfully submitted,

TIMOTHY A. GARRISON
United States Attorney
Western District of Missouri

By      */s/ Byron H. Black*
Byron H. Black
Minnesota Bar No. 0395274
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system for electronic delivery to all counsel of record.

*/s/ Byron H. Black*
Byron H. Black
Assistant United States Attorney

2