MINUTE SHEET

**UNITED STATES OF AMERICA**     Date: August 8, 2019

vs.     Case No.   19-3028-01-CR-S-MDH

**CHRISTINA GAUGER**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Change of Plea**

**Time Commenced: 11:38 a.m.**     **Time Terminated: 1:11 p.m.**

APPEARANCES

**Plaintiff: Byron Black, AUSA**     **Defendant:   Dee Wampler**

**Proceedings:**   Parties appear as indicated above, dft in person.  Dft sworn.  Dft is advised of rights and answers questions propounded by the Court.   Dft has signed the Stipulation of Facts but has not read the document.   Hearing is continued to 1:00 p.m. to give the dft time to read the Stipulation of Facts.    12:00 p.m.   Court in recess.   1:01 p.m.   Court in session.   Dft has advised the Court she has read the Stipulation of Facts and pleads guilty to Counts 1, 2, 8, 9, 16, and 17 of the Superseding Indictment.    Court finds adequate factual basis for the plea of guilty and accepts the plea. Gov't oral mtn to file the Stipulation under seal is granted.   Presentence Investigation ordered. Dft continued in custody.

**Courtroom Deputy:   Linda Howard**
**Court Reporter: Jeannine Rankin**
**USPPTS:   Tracy Cowin**